## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Glass, Christopher L

Printed:  12/28/07

Case Number:  05 B 08744
Judge:  Goldgar, A. Benjamin
Filed:  3/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  November 14, 2007
Confirmed:  May 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,137.84 |  |
| Secured: |  | 5,868.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 405.38 |
| Other Funds: |  | 1,620.00 |
| Totals: | 10,137.84 | 10,137.84 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 6,923.13 | 5,868.46 |
| 4. | Child Support Division | Priority | | No Claim Filed |
| 5. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 6. | Comcast | Unsecured | | No Claim Filed |
| 7. | RRI Inc | Unsecured | | No Claim Filed |
| 8. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 9. | SBC | Unsecured | | No Claim Filed |
| 10. | Advocate Health Care | Unsecured | | No Claim Filed |
| | | | $ 9,167.13 | $ 8,112.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 51.41 |
| 5.5% | 151.47 |
| 5% | 56.70 |
| 4.8% | 93.30 |
| 5.4% | 52.50 |
| | $ 405.38 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Glass, Christopher L

Printed:  12/28/07

Case Number:  05 B 08744

Judge:  Goldgar, A. Benjamin

Filed:  3/11/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

